UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTOPHER JEROME JOHNSON, #176495,

     Petitioner,

v.                                    Case No. 2:06-CV-14010
                                       Honorable Denise Page Hood
                                       Magistrate Judge Donald A. Scheer

HUGH WOLFENBARGER,

     Respondent.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order Conditionally Granting Petition for Writ of Habeas Corpus" dated June 29, 2009,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner Christopher Jerome Johnson and against Respondent Hugh Wolfenbarger.

Dated at Detroit, Michigan, this __29th__ day of June 2009.

                                              DAVID WEAVER
                                              CLERK OF THE COURT


Approved:                               BY s/ WILLIAM F. LEWIS_____
                                               William F. Lewis, Deputy Clerk and
                                               Case Manager to Judge Denise Page Hood

s/ DENISE PAGE HOOD_____
Denise Page Hood
United States District Judge