# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRISTOPHER JOHNSON,

    Petitioner,

                                                Case No. 06-CV-14010

v.

                                                HONORABLE DENISE PAGE HOOD

HUGH WOLFENBARGER,

    Respondent.

_____/

## ORDER SETTING ASIDE JUDGMENT AND ORDER ISSUED ON JUNE 29, 2009
## AND
## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

On September 10, 2010, the United States Court of Appeals for the Sixth Circuit issued a mandate in the case, *Johnson v. Wolfenbarger,* Case No. 09-1895 (6th Cir. Sept. 10, 2010). In an August 17, 2010 Opinion, the Sixth Circuit reversed this Court's June 29, 2009 Judgment and Order granting habeas relief. On remand, the Sixth Circuit instructed the Court to enter an order denying the petition for writ of habeas corpus. *Johnson v. Wolfenbarger,* Case No. 09-1895 (6th Cir. Aug. 17, 2010)(unpublished opinion). Accordingly,

IT IS ORDERED that the June 29, 2009 Judgment [Doc. No. 11] and Opinion and Order [Doc. No. 10] are SET ASIDE.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED.

                                                    S/Denise Page Hood
                                                    Denise Page Hood
                                                     United States District Judge

Dated: September 15, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 15, 2010, by electronic and/or ordinary mail.

                                                S/William F. Lewis
                                                Case Manager